PROB 12C
(6/16)

Report Date: October 18, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Toby Lee Olson, Jr. | Case Number: 0980 2:08CR00137-MKD-25 |
| Address of Offender: ▮▮▮▮▮▮ | Spokane Valley, Washington 99212 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 16, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, 21 U.S.C. §§ 841 and 846 | | |
| Original Sentence: | Prison - 180 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | October 18, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 17, 2032 |

### PETITIONING THE COURT

To issue a summons.

On October 19, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Toby Olson, Jr., as outlined in the judgment and sentence.  He signed the judgment acknowledging an understanding of the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**:  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about September 19, 2024, Toby Olson allegedly violated special condition number 19 by consuming methamphetamine.<br><br>On September 19, 2024, this officer made contact with Mr. Olson at his residence to conduct an unscheduled home visit.  During the visit, this officer noticed the offender demonstrating signs typically associated with illicit drug use, to include a change in his appearance and quickened speech.  The undersigned subsequently provided Mr. Olson with a questionnaire to complete and instructed him to report to the probation office the next morning.<br><br>The next day, September 20, 2024, the offender reported to the U.S. Probation Office. According to front desk staff, the offender attempted to drop off the questionnaire very quickly, then leave, but was informed he would need to submit to random urinalysis testing before leaving. |

Prob12C
**Re: Olson, Toby Lee Jr.**
**October 18, 2024**
**Page 2**

Mr. Olson requested to speak with the assigned probation officer and readily admitted to the use of methamphetamine heavily during the 2 ½ weeks prior. He stated he had last used methamphetamine on or about September 19, 2024, and he signed an admission of use form confirming that use.

The offender subsequently submitted to random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine and methamphetamine. Because Mr. Olson admitted to use, the sample was not sent to the lab for additional testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/18/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*m. k. Dimke*

Signature of Judicial Officer

10/18/2024

Date