PROB 12C
(6/16)

Report Date: November 5, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Toby Lee Olson, Jr.                Case Number: 0980 2:08CR00137-MKD-25

Address of Offender: ███████████████ Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 16, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, 21 U.S.C. §§ 841 and 846 | | |
| Original Sentence: | Prison - 180 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | October 18, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 17, 2032 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/18/2024.

On October 19, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Toby Olson, Jr., as outlined in the judgment and sentence. He signed the judgment acknowledging an understanding of the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about October 21, 2024, Toby Olson allegedly violated special condition number 19 by consuming methamphetamine.<br><br>On October 22, 2024, the offender was contacted and instructed to report to the U.S. Probation Office for random urinalysis testing.<br><br>Later that same date, on October 22, 2024, Mr. Olson reported to the U.S. Probation Office as instructed. He was then subject to random urinalysis testing and provided a urine sample that tested presumptive positive for methamphetamine. The offender subsequently admitted to the use of methamphetamine the day prior, on October 21, 2024, and he signed an admission of use form confirming that use. |

Prob12C
Re: Olson, Toby Lee
November 5, 2024
Page 2

On October 28, 2024, the laboratory results were received confirming that the urine sample provided by the offender on October 22, 2024, was in fact positive for amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/05/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

Nov. 6, 2024
Date